IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANGELA NAILS,

           Plaintiff,           No.  3:15-cv-1035-JE

    v.

COMMISSION ON JUDICIAL
FITNESS AND DISABILITY,           ORDER

           Defendant.

HERNÁNDEZ, District Judge:

    Magistrate Judge Jelderks issued a Findings and Recommendation [10] on August 18, 2015, in which he recommends that this Court grant Plaintiff's application to proceed *in forma pauperis* [1], deny Plaintiff's motion for *pro bono* counsel [6], and dismiss Plaintiff's complaint [2]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*.  <u>United States v.</u>

1 – ORDER

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderk's Findings & Recommendation [10], and therefore, Plaintiff's application to proceed *in forma pauperis* [1] is granted, Plaintiff's motion for *pro bono* counsel [6] is denied, and Plaintiff's complaint [2] is dismissed.

IT IS SO ORDERED.

DATED this ____17____ day of ___September___ , 2015.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER